UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDOOL AZEEZ,

                    Plaintiff,

         -against-

HONORABLE KENNETH M. KARAS, ET
AL,

                    Defendants.

26-cv-0795 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 30, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 31, 2026
           New York, New York

                  /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
            Chief United States District Judge